UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
(BINGHAMTON)

| | |
|---|---|
| CARMEN MEDINA-BULERIN,<br>*Plaintiff*, | ) CASE 3:22-cv-01281-TJM-TWD<br>)<br>) |
| vs. | )<br>) **Joint Stipulation for Remand**<br>) (Document Filed Electronically) |
| KILOLO KIJAKAZI,<br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br>*Defendant*. | )<br>)<br>)<br>) |

### Joint Stipulation for Remand pursuant to the fourth sentence of 42 U.S.C. § 405(g)

The parties, through their respective counsel, stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including a *de novo* administrative hearing and a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated: March 3, 2023

By:/s/ *Jason P. Peck*

Jason P. Peck
Special Assistant U.S. Attorney
Office of Program Litigation – 2
Office of the General Counsel
Social Security Administration
Phone: (212) 264-2493
Duty station time zone: Eastern
jason.peck@ssa.gov

By: /s/ *Howard D. Olinsky*

Howard D. Olinsky
Olinsky Law Group
250 South Clinton Street - Suite 210
Syracuse, NY 13202
315-701-5780
Fax: 315-701-5781
Email: holinsky@windisability.com

**So Ordered:**

_/s/ Thomas J. McAvoy_  3/6/23
Hon. Thomas J. McAvoy, Senior U.S.D.J.  DATE